NICOLAOS GIOTOPULOS *v.* ELAINE GIOTOPULOS
(11387)

LANDAU, HEIMAN and FREEDMAN, Js.

Argued February 10—decision released March 2, 1993

*Nicolaos Giotopulos,* pro se, the appellant (plaintiff).
*Barbara Binford,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.